```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
STORM DAMAGE SOLUTIONS LLC, doing business                             :
as SMART TARP, on behalf of FERNANDO INC, doing                        :
business as VALARTA PLAZA,                                             :
                                                                       :          22 Civ. 4020 (JPC)
                                    Plaintiff,                         :
                                                                       :              ORDER
              -v-                                                      :
                                                                       :
MT HAWLEY INSURANCE COMPANY,                                           :
                                                                       :
                                    Defendant.                         :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On November 27, 2023, the Court ordered the parties to file a joint status report by February 26, 2024, in the event that dismissal paperwork had not been filed in this case. Dkt. 39. That deadline has passed, yet the docket reflects neither a joint status report nor dismissal paperwork. The parties are accordingly ordered to file a joint status report or dismissal paperwork by March 1, 2024.

SO ORDERED.

Dated: February 27, 2024
       New York, New York

_____
JOHN P. CRONAN
United States District Judge