UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
STORM DAMAGE SOLUTIONS LLC DBA/ SMART
TARP a/a/o Fernando Inc. d/b/a Valarta Plaza,

                Plaintiff,                                22 Civ. 4020 (JPC)

    -v-                                               ORDER

MT. HAWLEY INSURANCE COMPANY,

                Defendant.
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        Under the terms of the Court's Civil Case Management Plan and Scheduling Order, Dkt. 44, the parties were to submit a joint status letter to the Court by August 26, 2024, advising the Court as to whether the parties request a referral to the assigned Magistrate Judge for a settlement conference or to the Court-annexed mediation program, whether any party plans to file a post-discovery motion, the anticipated grounds for any such motion, and the opposing party's anticipated grounds for opposing the motion.  Dkt. 44 ¶ 18.  That deadline has passed and the docket does not reflect the entry of such a joint letter.  The Court *sua sponte* extends the deadline for the joint status letter to August 29, 2024.  If the parties have not filed a joint status letter by that date, the Court will order the parties to appear for a status conference on this matter.

        SO ORDERED.

Dated: August 27, 2024
       New York, New York
                                                                     JOHN P. CRONAN
                                                                  United States District Judge